IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| ROSE E. COLLINS, | : |
|---|---|
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0161-CG-M |
| VAUGHAN REGIONAL MEDICAL CENTER, | : |
| Defendant. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant's Motion (Docs. 9-10) be granted as to the following claims: sex discrimination, race discrimination, and hostile work environment, as it relates to both sex and race discrimination. The motion to dismiss is **DENIED** as to Plaintiff's claim for retaliation based on racial discrimination.

**DONE and ORDERED** this 16th day of September, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE