IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSE E. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 10-161-CG-M |
| | ) |
| VAUGHN REGIONAL MEDICAL CENTER | ) |
| | ) |
| Defendant, | ) |
| | ) |

**JUDGMENT**

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Vaughn Regional Medical Center, and against plaintiff, Rose E. Collins.

Therefore, plaintiff's claims against Vaughn Regional Medical Center are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE** and **ORDERED** this 25th day of August, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE